UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN WRIGHT,

    Plaintiff,

-vs-                                       Case No. 06-11690
                                             Hon. John Corbett O'Meara

PHILLIPS & COHEN ASSOCIATES, LTD,

    Defendant.
_____/

## STIPULATED ORDER OF DISMISSAL

Having been advised by the stipulation of the parties below,

IT IS HEREBY ORDERED that the claims against Phillips & Cohen Associates, Ltd. are dismissed with prejudice and without costs, attorney fees or sanctions to any party.

The court retains jurisdiction only for purposes of enforcing the settlement in this matter.

**SO ORDERED**.

Date: March 23, 2007                                   s/John Corbett O'Meara
                                                                     United States District Judge

Stipulated To By:

<u>s/ Julie A. Petrik</u>  
Julie A. Petrik (P47131)  
Attorney For Plaintiff  
Lyngklip & Taub Consumer Law Group, PLC  
Southfield, MI 48075  
(248) 746-3790  
JPetrik@Pop.Net  

<u>s/with consent of Jeffrey Turner</u>  
Surdyk, Dowd, & Turner, Co., LPA  
Kettering Tower, 40 N. Main St., Ste. 1610  
Dayton, OH  45423  
(937) 222-2333  
jturner@sdtlawyers.com